# Exhibit A-1



**FIG. 1**

Setup

Upon booting up, proceed through the Google wizard to setup your Google account & sync, setup fingerprint and more. The OnePlus Setup gives you the opportunity to personalize your OnePlus 3, allowing you to craft a smartphone experience that works just the the way you want it to. You can enable software buttons, gestures and other features as you see fit.



**FIG. 2**



**FIG. 3**

**FIG. 4**



**FIG. 5**