## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,** <br><br> Defendant. | **Civil Action No.** <br><br> **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Altpass LLC ("Plaintiff") is a Texas limited liability company. Plaintiff has no parent corporation, and no publicly held company owns 10% or more of its stock.

|  |  |
|---|---|
| DATED April 12, 2020. | Respectfully submitted, |

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR PLAINTIFF
ALTPASS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal Massand*
Neal Massnd