# Exhibit C-1



**FIG. 1**



**FIG. 2**

## Setup

Upon booting up, proceed through the Google wizard to setup your Google account & sync, setup fingerprint and more. The OnePlus Setup gives you the opportunity to personalize your OnePlus 3, allowing you to craft a smartphone experience that works just the the way you want it to. You can enable software buttons, gestures and other features as you see fit.



**FIG. 3**

## Fingerprint Sensor

Quickly and securely unlock your OnePlus 3 with a simple press.
Up to 5 unique fingerprint profiles can be stored at any given time.



**FIG. 4**

> **Split second security**
>
> Our fingerprint sensor unlocks your OnePlus 3T in just 0.2 seconds, even when the screen is turned off. Crafted from premium ceramic, the fingerprint sensor actively learns and progressively improves, so your scans get even more precise over time. It's fast, it's accurate, and it's secure.

**FIG. 5**