**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:20-cv-0105** |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. AND T-MOBILE USA, INC.,** | **JURY TRIAL DEMANDED** |
| OnePlus. | |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Altpass LLC ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses all claims in this action without prejudice against Defendant T-Mobile USA, Inc. ("T-Mobile").  Prior to the filing of this motion, Defendant T-Mobile has yet to file an answer or motion for summary judgment.

DATED July 1, 2020.                              Respectfully submitted,

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**ALTPASS LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of July, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  A true and complete copy of the foregoing document has been served upon all counsel of record.

<u>*/s/ Neal Massand*</u>
Neal Massand