THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:20-cv-0105 |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.** | JURY TRIAL DEMANDED |
| Defendant. | |

## AGREED MOTION TO AMEND SCHEDULE

Plaintiff Altpass LLC ("Plaintiff") hereby moves the Court to amend the Court's schedule to extend the deadline for Plaintiff to serve its Preliminary Infringement Contentions by thirty (30) days. The current deadline for Plaintiff to serve its Preliminary Infringement Contentions is September 9, 2020. Plaintiff hereby requests a thirty (30) day extension up to and including October 9, 2020, to serve its Preliminary Infringement Contentions. The purpose of the extension is to promote the parties ongoing settlement discussions. The undersigned conferred with counsel for Defendant Oneplus Technology (Shenzhen) Co., Ltd. ("Defendant"), who has agreed to relif requested in this motion.

DATED September 9, 2020.

Respectfully submitted,

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

1

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
ALTPASS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. A true and complete copy of the foregoing document has been served upon all counsel of record.

*/s/ Neal Massand*
Neal Massand

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 9th day of September, 2020, counsel for Plaintiff conferred with counsel for Defendant. Defendant agrees to the relief requested in this motion.

*/s/ Neal Massand*
Neal Massand