# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**<br><br>　　　　　Defendant. | **Civil Action No. 2:20-cv-0105-JRG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO ENTER DISCOVERY ORDER

Pursuant to the August 26, 2020, Scheduling Conference (Dkt. No. 12), in the above captioned case, Plaintiff Altpass LLC and Defendant OnePlus Technology (Shenzhen) Co., Ltd. have met and conferred and hereby request that the Court enter the attached Proposed Discovery Order.

DATED October 7, 2020.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Neal G. Massand*
　　　　　　　　　　　　　　　　　　Neal G. Massand
　　　　　　　　　　　　　　　　　　Texas Bar No. 24039038
　　　　　　　　　　　　　　　　　　nmassand@nilawfirm.com

　　　　　　　　　　　　　　　　　　**NI, WANG & MASSAND, PLLC**
　　　　　　　　　　　　　　　　　　8140 Walnut Hill Ln., Ste. 500
　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　Tel: (972) 331-4600
　　　　　　　　　　　　　　　　　　Fax: (972) 314-0900

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**ALTPASS LLC**

By: */s/ Brady Cox*
Brady Cox
Texas Bar No. 24074084
Brady.cox@Alston.com
**Alston & Bird**
2200 Ross Avenue
Suite 2300 Dallas, TX 75201
Tel: (214) 922-3400
Fax: (214) 922-3899

**ATTORNEYS FOR DEFENDANT ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Neal G. Massand*
Neal G. Massand