## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ALTPASS LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 2:20-cv-0105 |
| **ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), The Plaintiff Altpass, LLC ("Plaintiff") and the Defendant OnePlus Technology (Shenzhen) Co., Ltd., ("Defendant"), hereby move for an order dismissing all claims in this action WITH prejudice subject to the terms of the agreement between the parties and dated December 25, 2020, with each party to bear its own costs, expenses, and attorneys' fees.

DATED January 20, 2021.

Respectfully submitted,

By: */s/ Neal Massand*
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600

Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**ALTPASS LLC**

By: */s/ Brady Randall Cox*
Brady Randall Cox
Alston & Bird LLP - Dallas
2828 N. Harwood Street
Suite 1800
Dallas, TX 75201
214-922-3443
Fax: 214-922-3843
Email: brady.cox@alston.com
ATTORNEY TO BE NOTICED

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  A true and complete copy of the foregoing document has been served upon all counsel of record.

*/s/ Neal Massand*
Neal Massand