**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALTPASS LLC, | § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 2:20-CV-00105-JRG |
| v. | § § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | § § § § | |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is the Stipulated Motion for Dismissal with Prejudice (the "Motion"). (Dkt. No. 26.) Having considered the Motion and pursuant to Federal Rule of Civil Procedure 41(a)(2), the court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

## So Ordered this
**Jan 24, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE